**LEWIS v. CRAVEN REG'L MED. CTR.**

[352 N.C. 668 (2000)]

LIONEL LEWIS, Employee v. CRAVEN REGIONAL MEDICAL CENTER, Employer, VIRGINIA INSURANCE RECIPROCAL, Carrier

No. 462PA99

(Filed 6 October 2000)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a split decision of the Court of Appeals, 134 N.C. App. 438, 518 S.E.2d. 1 (1999), reversing and remanding an opinion and award entered by the North Carolina Industrial Commission on 23 June 1998. Heard in the Supreme Court 11 September 2000.

*The Law Offices of George W. Lennon, by George W. Lennon and Michael W. Ballance, for plaintiff-appellant.*

*Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., by James R. Sugg, Scott C. Hart, and Jill Quattlebaum Byrum, for defendant-appellees.*

PER CURIAM.

AFFIRMED.